UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15-cr-68-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JAMIE LYNN SWARTZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Early Termination of Probation/Supervised Release. (Doc. No. 115). The Government has filed a response in support of the motion. (Doc. No. 117).

In its response in support, the Government asserts that Defendant's probation officer has confirmed that Defendant has been compliant with his supervision, has had no violations, and enjoys gainful employment. Neither the Government nor probation opposes the early termination of Defendant's period of supervised release. Because Defendant has shown that he is a good candidate for early termination, the Court will therefore grant Defendant's motion.

**IT IS THEREFORE ORDERED** that Defendant's pro se Motion for Early Termination of Probation/Supervised Release, (Doc. No. 115), is **GRANTED**.

Signed: March 28, 2023

Max O. Cogburn Jr
United States District Judge

1